# PROCESS RECEIPT AND RETURN
U.S. Department of Justice
United States Marshals Service

See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Dervan Brown | 5:18-CT-3357-FL |
| DEFENDANT | TYPE OF PROCESS |
| Nurse Lyndsey | S&C |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
NURSE LYNDSEY
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Southern Health Partners, 285 T Kemp Rd, Louisburg, NC 27549

RECEIVED JUL 16 2019 U.S. Marshals Service, EDNC

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Dervan Brown 0780235
Central Prison
1300 Western Blvd.
Raleigh, NC 27606

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold                                                                                               Fold

Signature of Attorney other Originator requesting service on behalf of:
Peter A. Moore, Jr., Clerk of Court
by M. Castania, Deputy Clerk
☐ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 252-638-7508
DATE: 7/19/19

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 56
District to Serve No. 56
Signature of Authorized USMS Deputy or Clerk: Mackenzie J. Navone
Date: 7/16/19

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 7/22/19
Time: ☐ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 8.00 | | | 8.00 | | 8.00   $0.00 |

REMARKS: CERTIFIED MAIL 7014 3490 0000 7455 2926
SEE PS FORM 3811 OR USPS TRACKING

FILED JUL 26 2019
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY: _____ DEP CLK

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment if any amount is owed. Please remit promptly payable to U.S. Marshal
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED
Form USM-285
Rev. 12/80

Case 5:18-ct-03357-FL Document 15 Filed 07/26/19 Page 1 of 2



USPS Domestic Return Receipt (PS Form 3811, July 2015)

- Case No.: 5:18-CT-3357
- Article Addressed to: NURSE LYNDSEY, Southern Health Partners, 285 T Kemp Rd, Louisburg, NC 27549
- Article Number: 9590 9402 3417 7227 1533 85
- Service Type: Certified Mail / Return Receipt for Merchandise
- Signature: Barbara Alston (Received by: Barbara Alston)
- Date of Delivery: 7-22-19
- Stamp: JUL 24 2019 — U.S. Marshals Service, EDNC

Case 5:18-ct-03357-FL Document 15 Filed 07/26/19 Page 2 of 2